# HEARING MINUTES

Cause No:      4:22-CV-1694
Style:         McCloud et al v. Deutsche Bank National Trust Company et al
Hearing Type:  Injunction hearing

**Appearances:**

| Counsel | Representing |
|---|---|
| Benjamin Kirke Sanchez | Kirk and Lettina McCloud |
| Michael F Hord , Jr | Deutsche Bank; Select Portfolio Servicing |

Date: June 21, 2022                  Court reporter: ERO
Time: 2:09 p.m.—2:40 p.m.            Law Clerk: L. McKinney

At the hearing, the following rulings were made as stated on the record:

> The Court held an injunction hearing. The parties will provide additional briefing on the jurisdictional issues raised by the Court **on or before June 28, 2022**. The duration of the temporary restraining order entered by the Court [Dkt. 8] is **extended to and includes July 1, 2022.**